AO 91 (Rev. 11/11)  Criminal Complaint

DOA: 12/10/2025

# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   25-3488 MJ |
| Zhen Liu | ) | |
| | ) | |
| | ) | |
| _Defendant_ | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

### COUNT 1

**(Harboring Illegal Aliens)**

Beginning on an unknown date and continuing through on or about December 10, 2025, in the District of Arizona and elsewhere, the defendant, ZHEN LIU, knowing and in reckless disregard of the fact that certain aliens, namely: Victor Manuel Guzman-Mendoza and Pablo Tlaxcala De Los Santos, had come to, entered, and remained in the United States in violation of law, did knowingly conceal, harbor, and shield from detection such aliens in any place, including any building and any means of transportation.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and (a)(1)(B)(ii).

### COUNT 2

**(Pattern and Practice of Knowingly Employing Unauthorized Aliens)**

Beginning on an unknown date, and continuing through on or around December 10, 2025, in the District of Arizona and elsewhere, the defendant, ZHEN LIU, engaged in a pattern and practice of hiring for employment and continuing to employ, aliens in the United States, knowing the aliens were and had become unauthorized with respect to such employment.

In violation of Title 8, United States Code, Sections 1324a(a)(1), (a)(2) and (f)(1).

//
//
//
//
//

1

This criminal complaint is based on these facts:

See Attached Statement of Probable Cause Incorporated by Reference Herein

*Addison Owen*
Digitally signed by ADDISON OWEN
Date: 2025.12.12 06:54:04 -07'00'

AUTHORIZED BY:   AUSA Addison Owen for AUSAs Patrick Sloane and LeighAnn M. Thomas

☒ Continued on the attached sheet.

JUSTIN A COWAN
Digitally signed by JUSTIN A COWAN
Date: 2025.12.12 06:49:15 -07'00'

_____
*Complainant's signature*

Justin Cowan
HSI Special Agent
_____
*Printed name and title*

Sworn to telephonically.

Date:   December 12, 2025
_____

*M. Morrissey*
_____
*Judge's signature*

Michael T. Morrissey
United States Magistrate Judge
*Printed name and title*

City and state:   Phoenix, Arizona
_____

2

## STATEMENT OF PROBABLE CAUSE

I, Justin Cowan, a Special Agent with Homeland Security Investigations, being duly sworn, declare and state as follows:

## INTRODUCTION AND BACKGROUND OF AFFIANT

1.      I am a Special Agent with Homeland Security Investigations (HSI), assigned to the Deputy Special Agent in Charge (DSAC) office for Phoenix, Arizona. I have been a Special Agent with HSI since June 6, 2021, and a law enforcement officer since 2007. I have completed the Criminal Investigator Training Program at the Federal Law Enforcement Training Center. I have also completed the Special Agent training program at the HSI Academy.

2.      I routinely investigate violations of Title 18 of the United States Code, as well as various other federal law violations. I prepare investigative reports regarding criminal misconduct, intelligence, background matrix and allegations of wrongdoing and their outcomes. I provide supporting documentation of investigations conducted that include testimonial and physical evidence. I have authored and/or participated in the execution of multiple search warrants.

3.      In preparing this Affidavit, I conferred with other law enforcement officials, who share the opinions and conclusions stated herein. I have personal knowledge of the following facts or have learned them from other law enforcement officers. I also relied on my training, experience, and background in law enforcement to evaluate this information. Since this Affidavit is being submitted for the limited purpose of establishing probable cause for a complaint, I have not included each and every fact or source of information establishing the violation of federal law.

## PROBABLE CAUSE

### *OVERVIEW*

4.      In March 2025, Homeland Security Investigations (HSI) began investigating four sushi restaurants operating in the Phoenix metropolitan area for suspected violations of unlawfully employing unauthorized aliens and harboring illegal aliens. In summary and

as explained in detail below, **Yung LAU**, was born in China but became a United States citizen on or about May 25, 2011. **Yung LAU** has full or partial ownership of four sushi restaurants, namely SAKURA SUSHI PHOENIX INC located at 4747 E. Elliot Rd., Suite 6, Phoenix, Arizona 85044 (hereafter the **"Phoenix Restaurant"**), MESA SAKURA SUSHI INC located at 1545 S. Power Rd., Mesa, Arizona 85206 (hereafter the **"Mesa Restaurant"**), AKITA SUSHI INC located at 9011 E. Via Linda, Scottsdale, Arizona 85258 (hereafter the "**Scottsdale Restaurant**"), and SAKURA SUSHI GILBERT LLC located at 825 S. Cooper Rd. B6, Gilbert, Arizona 85233 (hereafter the "**Gilbert Restaurant**") (collectively the "**Subject Restaurants**"). **Yung LAU** owns and resides at 232 E. Lantana Dr., Chandler, Arizona 85286 ("**Lau's Residence**").

5.      **Subject Restaurants** employ citizens of Mexico that do not possess any valid immigration documents from the United States which would permit them to lawfully enter, pass through, stay, or be employed in the United States.  The investigation further revealed that the unauthorized aliens are being harbored in stash houses near the **Subject Restaurants**.  The stash houses are located at 1029 E. Mission Dr., Tempe, Arizona 85283 (hereafter "**Tempe Stash House**"), 2635 E. Vermont Ct., Gilbert, Arizona 85295 (hereafter "**Gilbert Stash House**"), 11302 E. Jenan Dr., Scottsdale, Arizona 85259 (hereafter "**Scottsdale Stash House**"), 1753 E. Gable Ave., Mesa, Arizona 85204 (hereafter "**Mesa Stash House**") (collectively the "**Subject Stash Houses**").  **Yung LAU** owns the **Tempe Stash House**, the **Gilbert Stash House**, and the **Mesa Stash House**.

6.      **Subject Stash Houses** each have a corresponding vehicle associated with it that is used to transport unauthorized aliens to and from the **Subject Restaurants**. Specifically, a white Chevrolet passenger van bearing Arizona registration V8A141 ("**Phoenix Van 2**[1]") is connected with the **Tempe Stash House**; a white Ford passenger van bearing Arizona registration MPA7LK registered to Qin Liu at 232 E Lantana Dr, Chandler, AZ. VIN: 1FBNE31L46HA47807 ("**Mesa Van 1**") previously associated with

---

[1] Previously, they used **Phoenix Van 1**, which was a Ford transport van bearing license plate CKY4015.

the **Gilbert Stash House**[2]; a white Ford passenger van bearing Arizona registration AHA2R2 ("**Mesa Van 2**") associated to the **Gilbert Stash House**; a white Ford passenger van bearing Arizona registration CK06182 ("**Scottsdale Van**") is connected to the **Scottsdale Stash House**; and a white Chevrolet passenger van bearing Arizona registration 02A1H1 ("**Gilbert Van**") is connected to the **Mesa Stash House**. In addition, there appears to be a person responsible for taking care of the employees at each of the **Subject Stash House**.

7.     Based on material witness statements, it was learned that **Zhen LIU,** who uses the name "Tom," is the manager/caretaker of the **Mesa Stash House** and manager of **Gilbert Restaurant**. **Zhen LIU** was apprehended at the **Mesa Stash House** on December 10, 2025. **Zhen LIU** was identified as the caretaker and person responsible for the house. He also was identified as the manager of the **Gilbert Restaurant**. Everyday, **Zhen LIU** would transport the employees from the **Gilbert Restaurant** to the **Mesa Stash House**.

**The Phoenix Restaurant and Tempe Stash House**

8.     Since approximately February 2025, HSI has been tasked with immigration enforcement. A key focus of this enforcement is identifying and investigating employers who are exploiting illegal alien laborers.

9.     Based on my training and experience, I know employers will often pay illegal laborers "under the table" or "off the books" to avoid detection by the authorities. Given the proximity to the border with Mexico, and your affiant's time as a Special Agent, Deportation Officer, and Border Patrol Agent, I know there is a higher percentage of Mexican citizen illegal aliens in this region. Your affiant also knows that due to a person's illegal status they are more vulnerable and often the employer will exert more control over them. In some cases, employers will hold the aliens identifying documents (birth certificates, passports) as a method of control. Because these illegal laborers may not receive a minimum legal wage, the employers seek to keep them to further increase profits.

---

[2] As described below, **Mesa Van 1** was sold in approximately July 2025 and has been replaced by **Mesa Van 2**.

10.    In March 2025, while inside the **Phoenix Restaurant**, your Affiant made several observations of the dynamic between the employees in the restaurant. The **Phoenix Restaurant** was staffed by employees of two specific ethnicities. Some employees appeared to be of Asian ethnicity (later determined to be of Chinese origin per records checks of immigration databases) ("Chinese Employees") and some employees appeared to be of Hispanic ethnicity. Your Affiant observed that communication and directives between the employees appeared to be one-way, with the Chinese Employees directing the tasks and work of the employees of Hispanic ethnicity. The employees of Hispanic ethnicity had limited interactions with the patrons and did not appear to speak English.

11.    Additionally, while your affiant was at a table, a young Hispanic female employee arrived to bus the table. She avoided eye contact and did not engage. When asked a question, she did not provide any response. One of the Chinese Employees instead answered the question.

12.    Based on these observations, your affiant grew concerned there could be unlawful employment or human trafficking.

13.    Thereafter, your Affiant performed registration checks of the vehicles parked behind **Phoenix Restaurant** in the employee parking area. All of the vehicles parked in the employee parking area were registered to individuals with Asian names.

14.    Your Affiant observed a Ford transport van bearing registration CKY4015 ("**Phoenix Van 1**") in the parking area, which seemed unusual since all the other vehicles were sedans and sport utility vehicles (SUV). During subsequent surveillance, your Affiant determined that the **Phoenix Van 1** parked at 1029 E. Mission Dr., Tempe, Arizona (the "**Tempe Stash House**"), during overnight hours when it was not at the **Phoenix Restaurant**. The **Phoenix Van 1** is registered to **Yung LAU**, who is also listed as the Director/President/Shareholder of Sakura Sushi Phoenix Inc. ("**Phoenix Restaurant**").

15.    On March 19, 2025, your Affiant inquired about a history of reports/complaints from the Tempe Police Department (TPD) regarding the **Tempe Stash House** and discovered that the TPD had received two prior reports for possible human

trafficking. On or about June 17, 2025, your Affiant received copies of the reports (summarized below):

- Report 2023-120109, made on October 16, 2023, stated that a van with dark tinted windows associated to the home comes and goes full of people, but no one is ever seen about the property except when the vehicle is transiting. The caller believed that the activities they observed would be evidence of human trafficking.

- Report 2024-26126, made on March 6, 2024, stated that a white van bearing registration CKY4015 (**Phoenix Van 1**) loads up every day full of people that they believed were illegal aliens.

16.    On March 24, 2025, your Affiant spoke with one of the concerned citizens who stated that several individuals of possible Hispanic or middle eastern ethnicity, mostly men, lived at the **Tempe Stash House** and appeared to only leave the house as a group and only used the **Phoenix Van 1** for transportation. The concerned citizen further stated that the **Phoenix Van 1** always left at about 9:30 AM.

17.    On March 25, 2025, your Affiant and Special Agent (SA) Pothour surveilled the **Tempe Stash House**. Your Affiant observed several individuals appearing to be of Hispanic ethnicity come out of the house and leave from the residence in the **Phoenix Van 1** at about 9:30 AM. Your Affiant followed the **Phoenix Van 1** until it parked behind the **Phoenix Restaurant** and observed the passengers get out of the van and enter the restaurant via the rear door. During follow-up surveillance, your Affiant observed **Phoenix Van 1** arrive at the restaurant every day, seven days a week, with no days off.

18.    Law enforcement reviewed Arizona Department of Economic Security (DES) records for the listed employees of the **Phoenix Restaurant** which was then compared to immigration database checks. These checks verified that all the listed employee names in DES records for the **Phoenix Restaurant** appeared solely of Chinese origin, with no records of any employee names of non-Chinese origin.

19.     On April 2, 2025, a TPD officer observed the **Phoenix Van 1** commit a traffic violation at approximately 9:00 PM as it was being driven eastbound on Elliot Rd.  This time is just after the **Phoenix Restaurant** closes and is the most direct route back to the **Tempe Stash House**. TPD officers made a stop of the **Phoenix Van 1** to investigate the traffic violation. Officers later reported to your Affiant that the **Phoenix Van 1** was occupied by seven individuals who all provided identification documents from either Mexico or Guatemala and none of them spoke English. Officers noted that during the stop, a man arrived at the scene in a black Lexus SUV bearing Arizona CVB0353, identified as Zhi Bing Liu, who stated that the individuals in the **Phoenix Van 1** were his employees, and asked if there was something he could do to assist. A records check of Zhi Bing Liu's Lexus SUV revealed the vehicle is registered to Zhi Bing Liu at the same address of the **Phoenix Restaurant**. Zhi Bing Liu is listed in the DES records as an employee at the **Phoenix Restaurant**.

20.     Your Affiant used the identification documents obtained during the TPD stop to perform queries of Department of Homeland Security (DHS) databases which revealed the following information about the occupants of the **Phoenix Van 1**:

- Julian IXMATLAHUA-Xicalhua (DOB: XX/XX/1991) is a citizen of Mexico, was previously removed from the United States to Mexico pursuant to an Expedited Order of Removal on or about January 21, 2025, at El Paso, Texas, documented under Alien Registration Number A******7421. IXMATLAHUA-Xicalhua does not possess any valid immigration documents from the United States which would permit him to lawfully enter, pass through, stay, or be employed in the United States.

- Alfonso TLAXCALA-Colohua (DOB: XX/XX/1988) is a citizen of Mexico, was previously removed from the United States to Mexico pursuant to a Reinstatement of a Prior Order of Removal on or about July 12, 2023, at Nogales, Arizona, documented under Alien Registration Number A*****1382. TLAXCALA-Colohua does not possess any valid immigration documents from the United States

which would permit him to lawfully enter, pass through, stay, or be employed in the United States.

- Adelayda GOMEZ-Hernandez (DOB: XX/XX/2005) is a citizen of Mexico, previously granted a voluntary return by Border Patrol agents on or about June 8, 2024, at Santa Teresa, New Mexico, documented under Alien Registration Number A*****5234. GOMEZ-Hernandez does not possess any valid immigration documents from the United States which would permit him to lawfully enter, pass through, stay, or be employed in the United States.

- Sebastian GOMEZ-Perez (DOB: XX/XX/1984), is a citizen of Mexico without prior immigration history. GOMEZ-Perez does not possess any valid immigration documents from the United States which would permit him to lawfully enter, pass through, stay, or be employed in the United States.

- Francisco SALES-MALDONADO (DOB: XX/XX/1990), is a citizen of Guatemala without prior immigration history. SALES-MALDONADO does not possess any valid immigration documents from the United States which would permit him to lawfully enter, pass through, stay, or be employed in the United States.

- Victor Manuel GUZMAN-Mendoza (DOB: XX/XX/1993), is a citizen of Mexico without prior immigration history. GUZMAN-Mendoza does not possess any valid immigration documents from the United States which would permit him to lawfully enter, pass through, stay, or be employed in the United States

21.    Employment records from DES revealed that none of the above-named individuals were listed as employees for the **Phoenix Restaurant**.

22.    On August 7, 2025, your affiant performed surveillance at the **Phoenix Restaurant** after learning that the **Phoenix Van 1** was no longer registered. Your Affiant observed a similar, but different white Chevrolet passenger van bearing Arizona license plate V8A141 (hereafter **Phoenix Van 2**) parked in the same place where the **Phoenix Van 1** used to park.

23.    According to the Maricopa County Assessor's Office, the **Tempe Stash House** is owed by **Yung LAU** and Dong Mei Jing.

24.    Your Affiant performed registration checks of the **Phoenix Van 1** which revealed that it was formerly registered to **Yung LAU** at **Lau's Residence** but was unregistered as of June 11, 2025. Your Affiant performed registration checks of **Phoenix Van 2** which revealed that it is registered to Jiandeng Liu at the **Phoenix Restaurant** address. Jiandeng Liu is listed in the DES records as an employee at the **Phoenix Restaurant**.

25.    According to the Arizona Corporation Commission (ACC), the **Phoenix Restaurant** is owned by **Yung LAU** with several other shareholders named. **Yung LAU** also has ownership in three additional sushi restaurants including the **Mesa Restaurant**, the **Scottsdale Restaurant**, and the **Gilbert Restaurant**.

26.    According to SRP records, **Yung LAU** was the payor for electric services at the **Tempe Stash House**, with a service start date of July 22, 2022. A service bill for the **Tempe Stash House** for the periods of June 23, 2025, to July 23, 2025, and July 24, 2025, through August 23, 2025, reflected payment made from the **Phoenix Restaurant** account.

## Yung LAU

27.    **Yung LAU** was born in China and became a naturalized United States citizen on or about May 25, 2011. **Yung LAU** opened the **Phoenix Restaurant**, his first restaurant in Maricopa County, on or about August 21, 2017. **Yung LAU** appears to have full or partial ownership of all four **Subject Restaurants** where known or suspected unauthorized aliens are employed as well as of three of the four residential locations, including the **Tempe Stash House,** the **Gilbert Stash House**, and the **Mesa Stash House** where known or suspected illegal aliens are harbored. Further, **Yung LAU** owned the **Phoenix Van 1** that was used to transport unauthorized and illegal aliens to and from the **Tempe Stash House** to the **Phoenix Restaurant**. According to records from Salt River Project Agricultural Improvement and Power District (SRP), **Yung LAU** is the payor of the

utilities associated with the **Subject Stash Houses** which are paid out of account associated with the **Subject Restaurants** as further described below.

### The Mesa Restaurant and Gilbert Stash House

28.    According to the ACC, **Yung LAU** is the Director, President, and one of four Shareholders of the **Mesa Restaurant**.   The other three shareholders are Li Zhang, Jiandeng Liu, and Qin Liu.  The **Mesa Restaurant** was incorporated on August 16, 2021. **Yung LAU** is also listed as the statutory agent using **Lau's Residence**.

29.    On March 24, 2025, at approximately 2:26 PM, Your Affiant performed surveillance at the **Mesa Restaurant**.  Your Affiant observed a white Ford passenger van bearing Arizona registration MPA7LK ("**Mesa Van 1**") parked along the south side of the building near a pedestrian door that appeared to serve as an employee entrance.

30.    Arizona DES records show that the **Mesa Restaurant** only had employees of Chinese origin which was verified through immigration database checks. There are no listed employee names' for the **Mesa Restaurant** appearing to be of Hispanic origin.

31.    On March 25, 2025, at approximately 8:53 PM, your Affiant performed surveillance at the **Mesa Restaurant**.  Your Affiant observed multiple Hispanic male individuals exit the employee entrance and get into the **Mesa Van 1**, which was parked in the same location as on the day prior.

32.    Your Affiant observed the **Mesa Van 1** leave the **Mesa Restaurant** and followed the **Mesa Van 1** continuously until it arrived and parked at the **Gilbert Stash House** at which time the employees got out of the van and went inside the residence.

33.    According to the Maricopa County Assessor's Office the **Gilbert Stash House** is owed by **Yung LAU** and Dong Mei Jing (believed to be **Yung LAU**'s spouse).

34.    On April 7, 2025, your Affiant inquired about a history of reports/complaints from the Gilbert Police Department (GPD) regarding the **Gilbert Stash House** and discovered that the GPD had received one prior report for suspicious activity. On June 17, 2025, your Affiant received a copy of the report (summarized below):

- Report GI2024-78647, made on May 30, 2024, stated that a Ford transit van bearing MPA7LK (the same license plate as the **Mesa Van 1**) transported middle aged men to and from the house and that all types of movements occur involving that address throughout the day.

35.    On June 16, 2025, a Mesa Police Department (MPD) officer observed the **Mesa Van 1** commit a traffic violation at about 9:20 PM as it was being driven south on Power Rd. This time is just after the **Mesa Restaurant** closes and is the most direct route back to the **Gilbert Stash House**. MPD made a stop of the van to investigate the traffic violation. During the stop, they identified six occupants inside the **Mesa Van 1** and later provided the information to your Affiant.

36.    Your Affiant used the identification information provided by the officers to perform queries of DHS databases which revealed the following:

- Qin LIU, the driver, is a citizen of China, lawfully admitted to the United States, affiliated to A*****6490. An Arizona driver license issued in his name (Q07677548) provides his address as 1545 S Power Rd Ste 116, Mesa, Arizona, which is the address of the Mesa Restaurant

- Evaristo TZOYONTLE-Tocohua is a Mexican citizen, was previously removed from the United States to Mexico on or about April 15, 2019, at El Paso, Texas, pursuant to a Final Order of Removal entered on or about March 28, 2019, by an immigration judge, documented under Alien Registration Number A*****3461. TZOYONTLE-Tocohua does not possess any valid immigration documents from the United States which would permit him to lawfully enter, pass through, stay, or be employed in the United States.

- Pablo TZOYONTLE-Tocohua is likely a Mexican citizen for whom DHS records have a different day and month of birth, but the same year, than what was provided during the Mesa PD stop. Pablo TZOYONTLE-Tocohua was granted a voluntary return to Mexico by Border Patrol agents on or about April 10, 2006, at/near Casa Grande, Arizona. Pablo TZOYONTLE-Tocohua does not possess any valid

immigration documents from the United States which would permit him to lawfully enter, pass through, stay, or be employed in the United States.

- Jeronimo QUECHULPA-Tlaxcala is a citizen of Mexico. QUECHULPA-Tlaxcala was granted a voluntary return to Mexico by Border Patrol agents on or about October 22, 2022, at/near Douglas, Arizona. QUECHULPA-Tlaxcala does not possess any valid immigration documents from the United States which would permit him to lawfully enter, pass through, stay, or be employed in the United States. QUECHULPA-Tlaxcala has been granted multiple voluntary returns to Mexico but has no prior removals or deportations from the United States.

- Bryan Daniel ORTIZ-Perez is an individual for whom there were no DHS records found. Your Affiant believed this individual is believed to be unlawfully present in the United States because no records of him exist in law enforcement indices and there was no Social Security number found for this identity. As a result, Your Affiant believes ORTIZ-PEREZ does not possess any valid immigration documents from the United States which would permit him to lawfully enter, pass through, stay, or be employed in the United States.

- Cesar TLAXCALA-Ixmatlahua is an individual for whom there were no DHS records found. Your Affiant believed this individual is believed to be unlawfully present in the United States because no records of him exist in law enforcement indices and there was no Social Security number found for this identity. As a result, Your Affiant believes TLAXCALA-Ixmatlahua does not possess any valid immigration documents from the United States which would permit him to lawfully enter, pass through, stay, or be employed in the United States.

37.     DES records revealed that none of the above-named individuals were listed as employees for the **Mesa Restaurant**.

38.     According to SRP records, **Yung LAU** was the payor for electric services at the **Gilbert Stash House**, with a service start date of September 21, 2023. A service bill for the **Gilbert Stash House** for the periods of June 23, 2025, to July 23, 2025, and July

24, 2025, through August 23, 2025, reflected payment made from the **Mesa Restaurant** account.

## The Scottsdale Stash House and Scottsdale Restaurant

39.    Following observations made during surveillance at the **Phoenix Restaurant** and **Mesa Restaurant** (both owned, in part, by **Yung LAU**), your Affiant performed surveillance on April 1, 2025, at about 8:55 PM at the **Scottsdale Restaurant**. According to the ACC, **Yung LAU** and Xin Pu Dong are the directors of the **Scottsdale Restaurant**. **Yung LAU**, Xin Pu Dong and Zhihua Liu are the three shareholders of the **Scottsdale Restaurant**.

40.    At about 9:04 PM, your Affiant observed four short, stocky, Hispanic males get into a white Ford passenger van bearing CK06182 ("**Scottsdale Van**") and leave the **Scottsdale Restaurant**. Your Affiant followed the **Scottsdale Van** continuously until it arrived at 11302 E. Jenan Dr., Scottsdale, Arizona (the "**Scottsdale Stash House**"). Your Affiant observed the passengers get out of the **Scottsdale Van** and go inside the **Scottsdale Stash House**. Also at the residence was a Mercedes sport utility vehicle bearing Arizona registration X1A68M registered to Qianlong He (listed in DES records as an employee of the Scottsdale Restaurant) and a white Mercedes sedan bearing Arizona registration 9SA6DV registered to Hualin He (listed in DES records as an employee of the Scottsdale Restaurant) at an address on Lynx Way in Chandler, Arizona. Previously on March 25, 2025, at approximately 2:00 PM, your Affiant observed the same white Mercedes bearing Arizona registration 9SA6DV during surveillance of the Scottsdale Restaurant.

41.    On June 16, 2025, your Affiant performed surveillance at the **Scottsdale Restaurant**. At about 9:00 PM, your Affiant observed two men of Asian descent exit from the front door of the restaurant and enter into the driver and front passenger door of the **Scottsdale Van**. Approximately one minute later, your Affiant observed two Hispanic males exit from the front door of the restaurant and get into the Scottsdale Van through the rear doors (located above the back bumper). This appeared to be a deliberate effort to remain separate from the men in the front, since the **Scottsdale Van** has side doors that are

14

more easily accessible for entry.

42.     Your Affiant followed the **Scottsdale Van** from the **Scottsdale Restaurant** until the van arrived at the **Scottsdale Stash House** where the following two vehicles were observed parked at the residence:  a Kia Sportage bearing Arizona registration CNA8CW registered to Jesus Tlaxcala Juarez at the **Scottsdale Stash House** and a Hyundai Elantra bearing Arizona registration J6A7MW registered to Venancio Jimenez Perez at the **Scottsdale Stash House**.

43.     Your Affiant used the vehicle registration information to perform queries of DHS databases which revealed the following:

- Jesus Tlaxcala Juarez (DOB: XX/XX/2001) is an individual for whom there were no DHS records found. Your Affiant believed this individual to be unlawfully present in the United States because no records of him exist in law enforcement indices and there was no Social Security number found for this identity. Furthermore, his name bears familial similarity to others with the same name already identified in this investigation who lacked lawful presence in the United States.

- Venancio Jimenez Perez (DOB: XX/XX/1998) is a citizen of Mexico, previously granted a voluntary return to Mexico by Border Patrol agents on or about October 28, 2021, at Deming, New Mexico.  Venancio Jimenez Perez does not possess any valid immigration documents from the United States which would permit him to lawfully enter, pass through, stay, or be employed in the United States.

44.     DES records revealed that none of the above-named individuals were listed as employees for the **Scottsdale Restaurant**.

45.     According to the Maricopa County Assessor's Office, the **Scottsdale Stash House** is owned by Xiao Tong.

46.     Queries revealed the registered owner of the **Scottsdale Van** is registered to Shen Y Dong at the Lynx Way address in Chandler, Arizona.

## The Mesa Stash House and Gilbert Restaurant

47.    Your Affiant discovered in April 2025, **Yung LAU** had a fourth business, the **Gilbert Restaurant**. On June 3, 2025, your Affiant performed surveillance at the **Gilbert Restaurant**. At about 8:30 P.M, your Affiant observed a white Chevrolet passenger van with black rims bearing a temporary Arizona registration ("**Gilbert Van**") parked in the rear of the restaurant. Your Affiant also observed a white BMW sport utility vehicle bearing California registration 9BUH985 parked at the **Gilbert Restaurant**. Registration checks revealed the BMW was registered to Jiawei Chen, at an address on Woodruff Ave in Arcadia, CA.

48.    At about 9:00 PM, your Affiant observed approximately six individuals of Hispanic appearance enter the **Gilbert Van** and depart from the restaurant in a northern direction. At about 9:30 PM, your Affiant located the **Gilbert Van** and the aforementioned BMW bearing California registration 9BUH985 parked at **Mesa Stash House.** Also parked in the driveway next to the **Gilbert Van** was a silver Nissan sedan. Agents observed a Hispanic male individual in the driveway near the vehicles, talking on a cell phone.

49.    On June 4, 2025, at 9:15 AM, your Affiant performed surveillance at the **Mesa Stash House** and observed all three vehicles in the same arrangement as the night before. Your Affiant observed the **Gilbert Van** to bear Arizona temporary registration 553321U and the Nissan sedan to bear registration 5KA32V. Your Affiant performed checks of the Nissan sedan which revealed it was registered to Adrian TLAXCALA-Tlaxcala (DOB: XX/XX/1986).

50.    Your Affiant used the vehicle registration information to perform queries of DHS databases which revealed the following:

- Adrian TLAXCALA-Tlaxcala (DOB: XX/XX/1986) is a citizen of Mexico, previously granted a voluntary return to Mexico by Border Patrol agents on or about June 6, 2022, at Douglas, Arizona.  TLAXCALA-Tlaxcala does not possess any valid immigration documents from the United States which would permit him to lawfully enter, pass through, stay, or be employed in the United States.

16

51.     DES records revealed that Adrian TLAXCALA-Tlaxcala was not listed as an employee for the **Gilbert Restaurant**.

52.     According to the Maricopa County Assessor's Office the **Mesa Stash House** is owned by **Yung LAU** and Dong Mei Jing at an address on Lantana Dr in Chandler, Arizona.

53.     Queries revealed the registered owner of the **Gilbert Van** is Sheng Yan Dong at the Lynx Way address in Chandler, Arizona (who is also the registered owner of the **Scottsdale Van**).  On September 17, 2025, your affiant performed updated checks with revealed that the **Gilbert Van**'s temporary registration plate was replaced with Arizona registration 02A1H1).

54.     According to the ACC, the **Gilbert Restaurant** is owned by **Yung LAU** at **Lau's Residence** address.

55.     According to SRP records, **Yung LAU** was the payor for electric services at the **Mesa Stash House**, with a service start date of April 30, 2025.  A service bill for the **Mesa Stash House** for the periods of June 23, 2025, to July 23, 2025, and July 24, 2025, through August 23, 2025, reflected payment made from the **Gilbert Restaurant** account.

**November 2025 Employee Records Checks from Arizona DES**

56.     On November 24, 2025, Your Affiant obtained updated employee records for 2025 for all suspect restaurants. In total, there were an estimated sixty employees reported by the restaurants to the State of Arizona. All employee names and their corresponding Social Security numbers identified them as being of Chinese origin except for one (a previously identified legal permanent resident and citizen of Mexico). The appearance of several male employees of Hispanic origin who were observed on November 25, 2025, as described below did not correspond to the identities of the employees reported to the Arizona DES.

**November 25, 2025, Surveillance**

57.     On November 25, 2025, HSI agents performed surveillance of all **Subject Stash Houses**.

## Scottsdale Stash House and Scottsdale Van Surveillance

58.     On November 25, 2025, at about 8:19 A.M., HSI SA Sinatra arrived at the **Scottsdale Stash House**. During surveillance, SA Sinatra observed multiple vehicles parked either on the property of the **Scottsdale Stash House** or parked in the street in front of the home. These vehicles were all previously observed at the address during surveillance of the **Scottsdale Stash House** on June 16, 2025. The vehicles are as follows:

- A green Kia bearing Arizona license plate CNA8CW registered to Jesus TLAXCALA-Juarez (DOB: xx/xx/2001). As previously noted in June of 2025, TLAXCALA is an individual for whom there were no DHS records found. Your Affiant believed this individual continues to be unlawfully present in the United States because no records of him exist in law enforcement indices and there was no Social Security number found for this identity. Furthermore, his name bears familial similarity to others with the same name already identified in this investigation who lacked lawful presence in the United States.

- The **Scottsdale Van** was parked in the driveway and remains registered to Shen Y Dong.

59.     The Mercedes sedan bearing Arizona registration 9SA6DV registered to Hualin He at the Lynx Way address in Chandler, Arizona, which was previously observed at the residence during surveillance efforts in June 2025 was also located at the residence.

60.     At approximately 9:44 A.M., SA Sinatra observed multiple individuals emerge from the front of the **Scottsdale Stash House** and enter the **Scottsdale Van** including three males wearing black shirts. The **Scottsdale Van** then departed with approximately five occupants. SA Sinatra followed the **Scottsdale Van** until it arrived at the **Scottsdale Restaurant** at which point all occupants got out of the **Scottsdale Van** and went inside the **Scottsdale Restaurant**. Thereafter, by approximately 10:06 A.M., the Mercedes sedan bearing 9SA6DV arrived with two occupants of Asian appearance who went inside the restaurant.

## Mesa Stash House and Gilbert Van Surveillance

61.    On November 25, 2025, at approximately 8:28 A.M., HSI SA Pothour arrived at the **Mesa Stash House**. SA Pothour observed the following vehicles parked in the driveway of the residence:

62.    A white Chevrolet Malibu bearing Arizona license plate Z2A283 registered to Ismael AJACTLE-Amayo (DOB: XX/XX/1999). AJACTLE is a citizen of Mexico, who was previously granted a voluntary return to Mexico by Border Patrol agents on or about December 13, 2022, at Douglas, Arizona. AJACTLE-Amayo does not possess any valid immigration documents from the United States which would permit him to lawfully enter, pass through, stay, or be employed in the United States. DES records revealed that the above-named individual is not listed as an employee for any **Subject Restaurant**.

63.    The **Gilbert Van** was parked at the residence and remains registered to Shen Yan Dong.

64.    At approximately 9:39 A.M., SA Pothour observed the **Gilbert Van** depart from the residence. SA Pothour followed the **Gilbert Van** until it arrived at the **Gilbert Restaurant** at which time he observed approximately five individuals get out of the van and enter the building through a rear entrance, consistent with employees entering the restaurant.

### Gilbert Stash House and Mesa Van 2 Surveillance

65.    On November 25, 2025, at approximately 9:00 A.M., HSI SA Kelley arrived at the **Gilbert Stash House**. SA Kelly observed the following vehicles parked in the driveway and/or inside the open garage of the residence:

- A white Ford Transit van bearing Arizona license plate AHA2R2 registered to Qin Liu at the **Mesa Restaurant** address ("**Mesa Van 2**"). **Mesa Van 2** appears to be a replacement for **Mesa Van 1**. **Mesa Van 1** was sold in July of 2025. Qin Liu was also the same registrant of **the Mesa Van 1**.

- A red Chevrolet Cruze bearing Arizona license plate 37A0K3 registered to Evaristo Tzoyontle Tocohua who was previously encountered and identified on or about June 16, 2025, and is a known citizen of Mexico, previously removed, and without

employment authorization as detailed above in Section 31(2).

- A white Lexus RX 350 bearing Arizona license plate E4A4GH registered to Qin Liu at the **Mesa Restaurant** address.

66.     At about 9:21 A.M., **Mesa Van 2** departed the residence, driven by an Asian male and occupied by five additional male occupants of Hispanic appearance. SA Kelley followed the van until it arrived at the **Mesa Restaurant** where he observed the last occupant getting out and going inside the **Mesa Restaurant** via the south side door (employee entrance).

### Tempe Stash House and Phoenix Van Surveillance

67.     At about 9:20 A.M., Your Affiant arrived at the **Tempe Stash House** and observed the following vehicles parked in the driveway and/or on the street in front of the residence:

- A Lexus NX bearing Arizona registration CVB0353 which was previously identified during this investigation and remains registered to Zhi Liu at the **Phoenix Restaurant** address.
- A gray Mercedes Benz bearing Arizona registration 5GA3P0 registered to Jiandeng Liu at the **Phoenix Restaurant** address.
- **The Phoenix Van** was present and remains registered to Jiangdeng Liu at the **Phoenix Restaurant** address.

68.     At about 9:35 A.M., your Affiant observed two males of Asian appearance exit the residence and enter the **Phoenix Van** through the driver and front passenger doors. Thereafter, four males of Hispanic appearance came out from the **Tempe Stash House** and entered the van rear passenger area of the van via the sliding passenger side door. Your Affiant observed the van leave, driven by an Asian male, and followed it until it arrived at the **Phoenix Restaurant**. Upon arriving at the **Phoenix Restaurant,** your Affiant observed the van drive to the rear employee parking area and park. Your Affiant and watched all six individuals enter the **Phoenix Restaurant** via the south door (employee entrance).

### Execution of Federal Search Warrants on December 10, 2025

69.    On December 10, 2025, HSI Phoenix, including your Affiant, executed federal search warrants on the **Subject Stash Houses**, **Subject Restaurants**, **Subject Vehicles**, and **Lau's Residence**.

**A. Tempe Stash House**

70.    At approximately 9:00 A.M., agents encountered the following six individuals at the **Tempe Stash House**: Florencio TLAXCALA-Quechulpa, Rey David TLAXCALA-Xicalhua, Adelayda GOMEZ-Hernandez, Miguel HERNANDEZ-Gomez, Sebastian XICALHUA-Tlaxcala and Daguberto HERNANDEZ-Gomez. All individuals were determined to be citizens of Mexico without any immigration documents allowing them to enter, pass through, remain, be employed or be in the United States legally. All six were arrested and transported to HSI Phoenix for further processing.

**B. Mesa Stash House**

71.    At approximately 9:00 A.M., agents encountered the following eight individuals at the **Mesa Stash House**: **Zhen LIU**, Pulicarpio JIMENEZ-Perez, Lidia XICALNUA, Rolando TLAXCALA, Victor GUZMAN, Adrian LOPEZ, Pablo TLAXCALA and Ismael AJACTLE.  With the exception of **Zhen LIU**, all individuals were determined to be citizens of Mexico without any immigration documents allowing them to enter, pass through, remain, be employed or be in the United States legally. **Zhen LIU** is a citizen of China, unlawfully present in the United States going through immigration proceedings. All eight were arrested and transported to HSI Phoenix for further processing.

**C. Gilbert Stash House**

72.    At approximately 9:00 A.M., agents encountered the following eight individuals at the **Gilbert Stash House**: Carlos TZOYONTLE-Tocohua, Cesar Luis TLAXCALA, Jeronimo QUECHULPA-Tlaxcala, Francisco SALES-Maldonado, Cesar TLAXCALA-Tlaxcala, Evaristo TZOYONTLE-Tocohua, Noe NUNEZ-Perez, and Qin LIU. With the exception of LIU, all other individuals were determined to be citizens of Mexico or Guatemala without any immigration documents allowing them to enter, pass

through, remain, be employed or be in the United States legally. Qin LIU is a citizen of China, lawfully admitted to the United States. Everyone except Qin LIU was arrested and transported to HSI Phoenix for further processing.

**D. Scottsdale Stash House**

73.    At approximately 9:00 A.M., agents encountered the following nine individuals at the **Scottsdale Stash House**: Antonio Alexander MENDEZ-Cruz, Jesus TLAXCALA-Juarez, Jose Luis TLAXCALA-Juarez, Femanio Magnelio RAMOS-Hernandez, Venancio JIMENEZ-Perez, Johan Angel BREMONT-Tello, Adyn LOPEZ-Sales, Hualin HE and Qianlong HE. Hualin HE and Qianlong HE are citizens of China, unlawfully present in the United States going through immigration proceedings. Johan Angel BREMONT-Tello is a citizen of Mexico and possesses a current B1/B2 Visa. However, a B1/B2 visa does not authorize the holder to be employed in the United States. Agents determined that the remaining individuals were citizens of Mexico or Guatemala without any immigration documents allowing them to enter, pass through, remain, be employed or be in the United States legally. All nine were arrested and transported to HSI Phoenix for further processing.

74.    At the **Scottsdale Stash House**, individual rooms were subdivided multiple times using drapes hanging from the ceiling to create individualized private areas to allow for several people to cohabitate in one room.

**E. Lau's Residence**

75.    At approximately 9:00 A.M., agents encountered **Yung LAU** and his wife Dong Mei Jing at **Lau's Residence**. Pursuant to a federal search warrant, **Yung LAU's** cellphone was seized from his person. **Yung LAU** and Dong Mei Jing were provided *Miranda* warnings in the Mandarin language and declined to speak with law enforcement.

**F. Subject Restaurants**

76.    The **Subject Restaurants** were also searched pursuant to federal search warrants. Law enforcement encountered one Chinese national employee at the **Gilbert**

**Restaurant**. Law enforcement seized materials pursuant to the search warrant which are being reviewed.

## Material Witness Statements

### A. Victor Manuel GUZMAN-Mendoza

77.    On December 10, 2025, at approximately 11:30 A.M., law enforcement conducted a video and audio recorded interview of Victor Manuel GUZMAN-Mendoza (hereinafter GUZMAN) in the Spanish language.  Guzman stated he was a citizen of Mexico and that he did not have permission to legally be in the United States.  GUZMAN entered the United States approximately three years ago from Juarez, Mexico and paid $5,000 to a coyote to be smuggled into the United States.  GUZMAN stated he came to the United States to work.  GUZMAN stated a friend, Freddy Jimenez, helped him obtain employment as a dishwasher at a sushi restaurant, but it ended up being a position preparing sushi.  GUZMAN stated he first was employed at the **Tempe Restaurant** for a little over one year and then started at the **Gilbert Restaurant** and has been employed at the **Gilbert Restaurant** for more than one year.

78.    GUZMAN stated he currently resides at the **Mesa Stash House** and reported a total of eight people reside the **Mesa Stash House,** who all also work at the **Gilbert Restaurant**. GUZMAN stated when he worked at the **Phoenix Restaurant,** he resided at the **Tempe Stash House**. GUZMAN recognized some of the residents of the **Tempe Stash House** while he was being processed at HSI Phoenix.  GUZMAN stated he does not pay rent to live at the **Mesa Stash House**.  He was allowed to come and go as he wished. GUZMAN was only responsible for his bills, such as his cell phone.

79.    GUZMAN stated he was paid approximately $3,500 per month.  GUZMAN would work six days a week, with no lunch or mini (smoke) breaks but he was allowed to eat the food at the restaurant for free.  GUZMAN stated the Chinese man would pay him. A photograph of **Yung LAU** was shown to him, but GUZMAN stated the photograph of **Yung LAU** was not "Tom."  GUZMAN stated "Tom" was a Chinese male who would pay him and was also arrested at the **Mesa Stash House.** GUZMAN positively identified a

photograph of **Zhen LIU** as "Tom." GUZMAN stated "Tom" also resided at the **Mesa Stash House**. "Tom" would drive the employees from the **Mesa Stash House** to the restaurant. "Tom" was also employed at the **Gilbert Restaurant** and GUZMAN stated that "Tom" would pay employees on the 1st and 16th of each month. GUZMAN stated his tips are split three ways. GUZMAN stated that if an employee was sick and missed work, they would not be paid for the day.

80.    When asked if there was any abuse, GUZMAN described an incident that occurred between him and "Tom" where an argument ensued. GUZMAN stated that "Tom" cut his buttocks with a fish knife approximately one month ago. GUZMAN stated there was an argument and "Tom" slashed him on both butt cheeks. GUZMAN saw that he was bleeding and left to seek medical treatment at a clinic/hospital via Uber. GUZMAN provided consent and access to his cellular phone to show law enforcement photos of his injuries.

81.    GUZMAN was shown a photograph of **Yung LAU**. GUZMAN stated he would see **Yung LAU** at the restaurants. This interview concluded at approximately 12:21 P.M.

82.    At approximately 1:00 P.M., law enforcement conducted a follow-up interview which was audio and video recorded. GUZMAN confirmed consent for agents to look at his cellular telephone. Specifically, he showed agents photographs with a date stamp of September 25, 2025, wherein two cuts to his buttocks, one on each side, were noted. Photographs with a date stamp of September 26, 2025, showed the cuts stitched up. GUZMAN stated he received approximately 12-15 stitches. GUZMAN stated that he recalls "Tom" told him not to say anything. GUZMAN wanted to go to a hospital, but the receptionist told GUZMAN to go to clinic and not hospital. On September 25, 2025, GUZMAN's Uber account records reflect a trip to a Dignity Health Arizona General on Baseline Road. He stated the cost of his treatment at the clinic was approximately $300.

**B. Pablo TLAXCALA De Los Santos**

83.    On December 10, 2025, at approximately 3:23 P.M., law enforcement conducted a video and audio recorded interview of Pablo TLAXCALA De Los Santos (hereinafter TLAXCALA) in the Spanish language.  TLAXCALA stated that he was born in the state of Veracruz, Mexico and did not have permission to be legally within the United States.  TLAXCALA stated he entered the United States approximately three years ago from Agua Prieta, Sonora, Mexico and crossed into the United States around Douglas, Arizona.  TLAXCALA mentioned paying $7,000 US dollars to cross into the United States and admitted to paying a Plaza payment in Mexico in the amount of $20,000 pesos. TLAXCALA eventually arrived at a hotel in Mesa, Arizona and eventually found work a week later.

84.    TLAXCALA stated he had been working at the sushi restaurants for three years and currently resides at the **Mesa Stash House**.  TLAXCALA stated he does not pay rent and only pays for his costs, such as food.  TLAXCALA mentioned he lives at the **Mesa Stash House** with other individuals who are employed at the **Gilbert Restaurant** too. TLAXCALA mentioned an Asian Male who resides at the **Mesa Stash House** is responsible for the restaurant.  He mentioned having seen the boss, another Chinese male, before but not meeting him personally.

85.    A photograph of **Yung LAU** was shown to TLAXCALA, to which TLAXCALA indicated that it looked like the boss.

86.    TLAXCALA positively identified a photograph of **Zhen LIU** as "Tom," an Asian male who lives at the **Mesa Stash House** and in charge of the **Gilbert Restaurant**.

87.    TLAXCALA stated that "Tom" lives in one of the rooms at the **Mesa Stash House**.  Adrian, another individual who lives at the **Mesa Stash House**, is his roommate. TLAXCALA stated that he could come and go and did not need to ask for permission to leave the **Mesa Stash House**.  Rules were basically keeping house clean, no drinking and no smoking.

88.     TLAXCALA stated he is fry cook and stated they would all leave the **Mesa Stash House** in the white van driven by "Tom." TLAXCALA stated he worked from 10 A.M. to 9 P.M., six days per week with Monday being his day off.

89.     TLAXCALA mentioned he did not have to fill out any forms or paperwork to begin working at the restaurant. TLAXCALA said they never asked for anything but his name. TLAXCALA stated that "Tom" was the supervisor at the restaurant. He was given breaks at times and paid $1,500 every two weeks in cash. He stated an unknown Asian female paid him.

90.     When asked if his boss knew or thought he was illegally working, TLAXCALA stated yes because they did not ask for papers or anything. He was hired based on a recommendation only.

91.     When asked if he was aware of incident between "Tom" and GUZMAN, TLAXCALA stated they all work in different positions and locations within the restaurant, but he had heard about altercation, but he was not involved. He heard that "Tom" had cut GUZMAN. TLAXCALA stated he saw GUZMAN in the bathroom putting on band aids/gauze in the buttocks area. He stated GUZMAN went to the doctor later that same day.

### Zhen LIU's Statement

92.     On December 10, 2025, at approximately 12:51 P.M., law enforcement conducted an audio and video recorded interview with **Zhen LIU**. **Zhen LIU** was provided his *Miranda* warnings in the Mandarin and English languages. **Zhen LIU** waived his *Miranda* rights and agreed to make a statement to law enforcement without an attorney present.

93.     **Zhen LIU** stated he has an appointment with United States Customs and Immigration Services (USCIS) and is going to see an immigration judge in April 2026. He stated he has a photo of his work authorization card on his phone. **Zhen LIU** stated he is from China and entered the United States January 10, 2019. He stated he has a Chinese passport, but smugglers got him a fake Japanese passport. However, **Zhen LIU** stated he

flew directly into Mexico without a visa so he did not need the Japanese passport. Liu came to Arizona to find his friend "Sheng," vacation, and visit with his Sheng. Sheng was not arrested with him as he went to New York for a few days and **Zhen LIU** is staying in Sheng's room at the **Mesa Stash House**. **Zhen LIU** stated he has been in Arizona for about a week. **Zhen LIU** said he has come to Arizona about three or four times in the year to help at the **Gilbert Restaurant**. He claimed he is not a manager and does not work with any salary/pay for the restaurant, he helps his friend Sheng out and just makes sushi.

94.    **Zhen LIU** said he does not know what is going on in the **Mesa Stash House** or the status of the workers in the **Mesa Stash House**. However, he rides in a van that he or Sheng drives to work at the **Gilbert Restaurant** but he has only done it a few times. He does not know the owner of the house and has not seen him. He did not want to talk further about the restaurant or house, so he did not misspeak about something that he is not associated with. The interview concluded at approximately 1:29 P.M.

95.    Agents reapproached **Zhen LIU** for an additional interview at approximately 2:34 P.M. Law enforcement again read **Zhen LIU** his *Miranda* rights in the Mandarin language. **Zhen LIU** agreed to waive his rights and speak with law enforcement without a lawyer present. **Zhen LIU** stated he has a wife and two minor children in China. He stated his younger brother is in New York. He's been married for thirteen years, and he supports his family in China but his wife also works. He said he is not in Arizona for work and is just helping Sheng. **Zhen LIU** denied being a victim and is not afraid of anyone, and does not know of any violence.

96.    **Zhen LIU** stated Sheng invited him to Arizona to help Sheng out. He has gone online for jobs and has gotten referrals from friends for work. His taxes are paid, files in New York, and he has been an Uber delivery driver. At the **Mesa Stash House, Zhen LIU** said he does not pay any rent and the room he is in is Sheng's who lends it to him. **Zhen LIU** claims to not have seen any violence in the home.

97.    **Zhen LIU** stated he does not have a fixed schedule and works approximately one to two days, sometimes three to four days a week at the **Gilbert Restaurant**. He said

27

Sheng would pay him from tips and **Zhen LIU** would sometimes refuse to accept money from Sheng. He stated he does not know the boss of the **Gilbert Restaurant,** but Sheng told him there are many bosses that he does not know. At **Gilbert Restaurant, Zhen LIU** state he would occasionally make purchases of food and materials for the operation of the business. **Zhen LIU** stated he was given the money from Sheng to purchase the materials for the business. **Zhen LIU** declined to give agents the phone number for Sheng from his cellphone. Agents concluded the interview at 3:17 P.M.

98. At approximately 4:24 P.M., law enforcement reminded of his *Miranda* rights in the Mandarin language. **Zhen LIU** was asked if he would like agents to reread them to him and **Zhen LIU** declined. **Zhen LIU** agreed to speak with law enforcement without an attorney present. **Zhen LIU** was shown eight photographs of individuals. He was asked if he could identify the people shown to him, if he had seen them before, and tell agents about them. **Zhen LIU** declined knowing the photograph of **Yung LAU,** Mei Jing Dong, Zhi Bing Liu, Zhi Hua Liu, Xin Pu Dong, and Qin Liu. He recognized one Asian female describing her as a waitress/server at the **Gilbert Restaurant**.

99. A photograph of Sheng Yan DONG was shown to **Zhen LIU**. **Zhen LIU** stated he has seen the person in the photo once in the restaurant but forgot his name and that he does not know that the person does.

100. **Zhen LIU** was reminded he had previously been asked if he had seen any violence in the **Mesa Stash House** and that he had stated no. **Zhen LIU** was then asked if he had seen or heard about any violence at the **Gilbert Restaurant**. More specifically, he was asked about a knife incident that had happened earlier that fall. Initially **Zhen LIU** denied knowing about the knife incident saying he had not heard about it. Agents informed **Zhen LIU** that multiple individuals claimed he was the "Tom" who cut the victim with a knife. **Zhen LIU** was shown lacerations of the victim. **Zhen LIU** stated he used to use the nickname "Tom", and the workers at the **Gilbert Restaurant** call him "Tom" or "Thomas." **Zhen LIU** stated he did not do it and is wrongfully accused. **Zhen LIU** stated the knife incident happened months ago. **Zhen LIU** stated he was physically present at the

**Gilbert Restaurant** when the knife incident happened, but **Zhen LIU** stated the individual did it to himself and was not paying attention. **Zhen LIU** said he only saw some of the knife incident from afar and not all of it, describing it as a work accident, that's all he can say.  At approximately 4:42 P.M. the interview concluded.

### Conclusion

101.    Based on the facts and circumstances stated in this Affidavit, I submit there is probable cause to believe that the defendant, **Zhen LIU**, violated Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and (a)(1)(B)(ii), (Harboring Illegal Aliens), and Title 8 United States Coden 1324a(a)(1), (a)(2) and (f)(1) (Pattern and Practice of Knowingly Employing Unauthorized Aliens).

JUSTIN A COWAN

Digitally signed by JUSTIN A COWAN
Date: 2025.12.12 06:50:32 -07'00'

Justin Cowan
Special Agent
Homeland Security Investigations


Sworn to before me and subscribed telephonically on this 12th of December, 2025.

M Morrissey

HONORABLE MICHAEL T. MORRISSEY
United States Magistrate Judge